■ FRANCIS SCHALANSKY et al., Appellants, v DENNIS MC-SPEDON et al., Defendants, and TURNER CONSTRUCTION COMPANY, Respondent. [654 NYS2d 584] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Rosato, J.), entered January 9, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Rosato at the Supreme Court. Miller, J. P., Thompson, Joy and Luciano, JJ., concur.

■ EDWARD SMITH, an Infant, by His Mother and Natural Guardian, NANCIE HARRIS, et al., Appellants, v JAMIE ANN WEINSTEIN, an Infant, by Her Father and Natural Guardian, ALAN WEINSTEIN, et al., Respondents. [655 NYS2d 959] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau County (Collins, J.), dated February 15, 1996, which denied their motion for summary judgment on the issue of liability and granted the defendants' cross motion for leave to amend their answer.

Ordered that the order is affirmed, with costs.

At an examination before trial, the plaintiff Edward Smith testified that when the subject motor vehicle accident occurred, his left eye struck the vehicle's steering wheel. This evidence raised a triable issue of fact *(see,* CPLR 3212 [b]) as to whether the defendant Jamie Ann Weinstein was in fact operating the vehicle at the time of the occurrence, as the plaintiffs contended in their complaint and bill of particulars.

The Supreme Court did not improvidently exercise its discretion in granting the defendants' cross motion for leave to amend their answer *(see,* CPLR 3025 [b]; *Zacher v Oakdale Islandia Ltd. Partnership,* 211 AD2d 712). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.